No. 483. WEIRTON STEEL Co. *v.* COSTANZO COAL MINING Co. November 5, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. C. M. Thorp, Jr.* and *Carl G. Bachmann* for petitioner. *Mr. Gordon D. Kinder* for respondent.

No. 504. POND FORK OIL & GAS Co. *v.* COLE ET AL., TRUSTEES. November 5, 1945. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied. *Mr. Harold A. Ritz* for petitioner. *Messrs. Selden S. McNeer* and *Rolla D. Campbell* for respondents.

No. 470. UNITED STATES EX REL. DOSS *v.* LINDSLEY, SHERIFF. November 5, 1945. Petition for writ of certiorari to the Circuit Court of Piatt County, Illinois, denied.

No. 209. KUZMACK *v.* UNITED STATES. November 5, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. John S. Kuzmack, pro se.*

No. 239. HICKOK *v.* HUNTER, WARDEN. November 5, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. Petitioner *pro se. Acting Solicitor General Judson, Messrs. Robert S. Erdahl* and *Irving S. Shapiro* for respondent.

No. 228. BURNS *v.* ALABAMA. November 5, 1945. The petition for writ of certiorari to the Supreme Court